JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GRACE STOKES, Individually and On Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SENSA PRODUCTS, LLC; and DOES 1-10, Inclusive,<br><br>    Defendants. | CASE NO. 14CV-05411 AB (PLAx)<br><br>The Honorable André Birotte Jr.<br><br>**ORDER APPROVING JOINT STIPULATION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)** |

**ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF CALIFORNIA**

For the reasons stated in the Parties' Joint Stipulation to Transfer Venue to the Southern District of California Pursuant to 28 U.S.C. § 1404(a), the Parties' joint stipulation is GRANTED.  The above-entitled action is ORDERED transferred to the United States District Court for the Southern District of California.

IT IS SO ORDERED.

DATED: September 30, 2014

_____
The Honorable André Birotte Jr.
United States District Judge